IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01369-WDM-MJW

PAMELA S. SALAZAR,

Plaintiff,

v.

FARMERS INSURANCE GROUP, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE
and
ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Walker D. Miller on July 2, 2007 (Docket No. 2).

This action was commenced on June 28, 2007.  (Docket No. 1).  Nevertheless, the pro se plaintiff has not yet filed proof that she has served any of the defendants. Plaintiff did appear as directed by telephone for a status conference on August 20, 2007, at 8:30 a.m., which had originally been set as a Rule 16 Scheduling Conference.

Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate

period. . . .

Fed. R. Civ. P. 4(m).

In addition, Rule 41(b) provides in pertinent part:

> For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant.  Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule . . . operates as an adjudication upon the merits.

Fed. R. Civ. P. 41(b).

Furthermore, Rule 16(f) provides in pertinent part that "[i]f a party . . . fails to obey a scheduling or pretrial order . . .  the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D). . . ."  Fed. R. Civ. P. 26(f).  Rule 37(b)(2)(B), (C), and (D), which is referenced in Rule 16(f), permits the following sanctions:

> (B) An order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;
>
> (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or **dismissing the action or proceeding** or any part thereof, or rendering a judgment by default against the disobedient party;
>
> (D) In lieu of any of the foregoing orders or in addition thereto, an order treating as a contempt of court the failure to obey any orders except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(B), (C), (D) (emphasis added).

Based upon the foregoing, it is hereby

3

**ORDERED** that on October 10, 2007, at 10:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which the plaintiff shall appear in person and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m), 16(f), and/or 41(b).  It is further

**ORDERED** that the plaintiff shall forthwith serve all defendants and file with the court proof of such service.  It is further

**ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to October 10, 2007, at 10:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on July 11, 2006 (Docket No. 3).  Plaintiff shall ensure that all of the defendants are served with a copy of that Order and today's Order.

Dated:      August 20, 2007            s/ Michael J. Watanabe
            Denver, Colorado           Michael J. Watanabe
                                       United States Magistrate Judge