IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  07-cv-01369-WDM-CBS

PAMELA S. SALAZAR,

    Plaintiff,

v.

FARMERS INSURANCE GROUP, and
MUSHAFAU and OLAWUNMI KUKOYI,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' Motion for Dismissal for Lack of Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted, filed September 17, 2007 is stricken for failure to comply with D.C.COLO.L.Civ.R 10.1(E).

Dated:  September 21, 2007

                                        s/ Kathy Preuitt-Parks, Deputy Clerk