IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01369-WDM-MJW

PAMELA S. SALAZAR,

    Plaintiff,

v.

FARMERS INSURANCE GROUP, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's October 10, 2007, as a motion to dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 11, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge